# Kenneth J. Doran

Doran Law Offices

2101 Fox Avenue, Madison, WI 53711-1920  TEL (608) 255-2409  FAX (608) 255-2409

June 10, 2002

Ms. Marcia M. Anderson
Clerk of Bankruptcy Court
Federal Building
P.O. Box 548
Madison, WI  53701

   Re: Page v. HFC III, 02-00056-13

Dear Ms. Anderson:

   Enclosed please find a stipulation and draft order in resolution of this matter.

   Please contact me if anything further is required in connection with this matter.

Very truly yours,
DORAN LAW OFFICES

Kenneth J. Doran
Attorney at Law

KJD/ns
Encl.
cc:      Charles and Shirley Page
         Mr. Scott B. Taylor
         Mr. William A. Chatterton

| UNITED STATES BANKRUPTCY COURT | WESTERN DISTRICT OF WISCONSIN |
|---|---|

In re

Charles and Shirley Page,

        Debtor.

Charles and Shirley Page,

        Plaintiff,

v.

HFC III,

        Defendant.

Case No. 3-02-10555-13

Adversary Proceeding

No. 02-00056-13

## Stipulation Resolving Adversary Proceeding

The plaintiffs, Charles and Shirley Page, and the defendant, HFC III, by their undersigned counsel, hereby stipulate and move the court as follows in resolution of this matter.

1. The plaintiffs own homestead real estate as described as follows in bankruptcy Schedule A, Real Property:

    1832 Williams Dr.    owners    $134,000.00    $172,000.00
    Sun Prairie, WI  53590                  [value]        [encumbrances]
    Lot 7, Petty Acres, Town of
    Pleasant Springs, Dane
    County, Wisconsin

2. Such property is subject to mortgages in favor of the defendant, as shown as follows in bankruptcy Schedule D:

    2.        Acct. No.
    Household Finance        loan                    $147,000.00
    712 S. Gammon Rd.                      homestead, $134,000
    Madison, WI  53719
                                                      7/20/2000
        First mortgage; mortgage no 3235317, recorded July 27, 2000

3.        Acct. No.                  loan              $25,000.00
Household Finance                                   homestead, $134,000
712 S. Gammon Rd.                                        7/20/2000
Madison, WI  53719
    Second mortgage; mortgage no 3235318, recorded July 27, 2000;
    lien to be avoided, claim paid as unsecured

3. The mortgage shown as entry number three in Schedule D and paragraph 2 above, recorded as mortgage no. 3235318, is avoidable pursuant to 11 U.S.C. 506 and is hereby avoided.

4. The mortgage shown as entry number two in Schedule D and paragraph 2 above, recorded as mortgage no. 3235317, is not affected or impaired hereby.

5. Defendant shall prepare and provide to plaintiffs a recordable satisfaction, release or equivalent document suitable for establishing the results of this action in the records of the Dane County Register of Deeds.

6. Should the petitioners' Chapter 13 debt adjustment case fail to be completed and result in a discharge of debts, the rights of the parties shall be governed by 11 U.S.C. 349(b)(1)(C), and the lien reinstated to the extent provided therein.

7. The claim of the defendant secured by the avoided mortgage shall be allowable as an unsecured claim in the petitioners' Chapter 13 debt adjustment case.

8. This stipulation is intended to resolve all issues in this adversary proceeding, without costs to either party.

6/5/02  
date

Kenneth J. Doran  
Attorney for plaintiffs

6/6/02  
date

Scott B. Taylor  
Attorney for defendant